COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:  01-20-00215-CV

Trial Court Cause
Number:  16CV0880

Style:  Rema Charles

v. Dickinson Independent School District, A.C. Kantara, and Taylor Marine Construction of Texas, LLC

Date motion filed*:  August 18, 2020

Type of motion:  Motion for Extension of Time to File Reply Brief

Party filing motion:  Appellant

Document to be filed:  Reply Brief

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date:  August 31, 2020

    Number of previous extensions granted:  4

    Date Requested:  September 17, 2020

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: **September 17, 2020**

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
        ☒ Acting individually    ☐ Acting for the Court

Date: August 20, 2020